U.S. Department of Justice
United States Attorney

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

DIVISION **Atlanta**
(USAO 2008R01148)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

COUNTY NAME: **Fulton**

DISTRICT COURT NO. **1:09-CR-491 - 09**

MAGISTRATE CASE NO. _____

**X** Indictment     ___ Information     ___ Magistrate's Complaint

DATE: 8/24/10     DATE:     DATE:

| UNITED STATES OF AMERICA vs. **VLADISLAV HOROHORIN** | SUPERSEDING INDICTMENT  1:09-CR-491 11/9/09  Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED:      TOTAL COUNTS:
(as to deft)         (as to deft)
GREATER OFFENSE CHARGED:
**X** Felony     ___ Misdemeanor

**DEFENDANT:**

**IS NOT IN CUSTODY:**

1. **X** Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date):

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding ___ Yes ___ No
Date: _____     Issued by: _____

**IS IN CUSTODY:**

4. ___ On this charge.
5. ___ On another conviction.
6. Awaiting trial on other charges ___ Yes ___ No
   ___ Federal     ___ State
   If Yes, show name of institution _____
   Has detainer been filed ___ Yes     ___ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE JUDGE: _____
A.U.S.A.: **GERALD SACHS**
DEFT'S ATTY: _____

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY
BY: **GERALD SACHS**
Assistant United States Attorney

DATE: 8/24/2010