U.S. Department of Justice

United States Attorney
Northern District of Georgia

# United States District Court

NORTHERN DISTRICT OF GEORGIA
Atlanta Division

**FILED IN CHAMBERS**
U.S.D.C. Atlanta

AUG 2 [ ] 2010

JAMES N. HATTEN, Clerk
By [signature]
Deputy Clerk

United States

v.

VLADISLAV HOROHORIN

No. 1:09cR-491-09

**Agent to Arrest**

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

[signature]
GERALD SACHS
Assistant United States Attorney

ISSUED [...]
TO U.S. MARSHAL
[signature]
BY: _____ 8/25/10
DEPUTY CLERK

Filed In Clerk's Office, this _____

of _____, 20 _____

_____
Clerk

By _____
Deputy Clerk

Form No USA-19-8
(Rev. 08/06/87)
N D Ga 08/26/94